## John Boettger, Appellee, v. Albert Miller, Trading as Miller Transfer Company et al., Cross Appellees and Chicago Transit Authority, Appellant.

### Gen. No. 44,614.

opinion filed June 20, 1949; released for publication July 18, 1949. Werner W. Schroeder, William S. Allen, Fred J. O'Connor, and Arthur J. Donovan, for appellant; O'Brien, Hanrahan & Keogh, for cross-appellees; Richard E. Keogh and John D. Pope, of counsel; Francis J. Gariepy, for appellee; Charles E. Mallon and Andrew W. Bunta, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full.